JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEASA KLASTOW, an individual, | Case No. 5:21-cv-01465-JLS (KKx) |
| *Plaintiff*, | |
| v. | |
| WYNDHAM VACATION OWNERSHIP, INC., a Florida corporation, and DOES 1-50, Inclusive, | **ORDER GRANTING STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(A) (Doc. 30)** |
| *Defendant*. | |

1
2

## <u>ORDER</u>

3      Good cause appearing, the Parties' Stipulation for Dismissal (Doc. 30) is

4   approved.  The entire action is hereby dismissed with prejudice as to all claims,

5   causes of action, and Parties, with each party bearing that party's own attorney's

6   fees and costs.

7   **IT IS SO ORDERED.**

8   DATED: May 20, 2022

9
10
11

## JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28